UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IZAZ KHAN,

               Plaintiff,

    v.

TOM GILES, *et al*,

               Defendants.

Case No. C08-5698RBL-KLS

ORDER DIRECTING CLERK TO DISMISS PETITION WITHOUT PREJUDICE

This case has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1)(B). This matter comes before the Court upon plaintiff's written request sent to the Clerk (Dkt. #3) that the civil rights complaint filed in this matter on November 20, 2008 (Dkt. #1) be disregarded. The Court shall treat plaintiff's written request as a motion to voluntarily dismiss that complaint. After reviewing plaintiff's motion and the record, the Court hereby does find and ORDERS as follows:

Under Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 41, plaintiff has the right to voluntarily dismiss his case without order of the Court when no answer or motion for summary judgment has been filed by an adverse party. Fed. R. Civ. P. 41(a)(1) specifically provides that dismissal as a matter of right can be foreclosed only by the filing of an answer or a motion for summary judgment. <u>Roddy v. Dendy</u>, 141 F.R.D. 261, 262 (S.D. Mississippi, 1992). Procedurally in this case,

1 defendants have not yet been served with the complaint. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff's motion to dismiss (Dkt. #1) hereby is GRANTED.

The Clerk is directed to dismiss this matter without prejudice and to send a copy of this Order to plaintiff. The Clerk also is directed send plaintiff copies of both the motion to proceed *in forma pauperis* and the civil rights complaint filed in this matter per his request. (Dkt. #3).

DATED this 22nd day of December, 2008.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge